UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:12-00011 |
| ) | JUDGE CAMPBELL |
| EDWIN COLLAZO-HERNANDEZ and ) | |
| OBRYANT ELIJAH DAVIS ) | |

## ORDER

The plea hearing and/or pretrial conference currently scheduled for November 30, 2012, at 9:00 a.m is RESCHEDULED for November 28, 2012, at 9:00 a.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE