UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )        NO. 3:12-00011-2
                              )        JUDGE CAMPBELL
OBRYANT E. DAVIS              )

## ORDER

Pending before the Court is Defendant Davis' Motion Requesting Plea Hearing (Docket

No. 44). The Motion is GRANTED.

The Court will hold a change of plea hearing on October 5, 2012, at 8:30 a.m. Any

proposed plea agreement shall be submitted to the Court by October 4, 2012.

IT IS SO ORDERED.


_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE